UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   OSCAR L. STEPHENSON and<br>DAWN O. STEPHENSON,<br>  Debtors | : CHAPTER 13<br>:<br>: CASE NO. 5-07-bk-52686-RNO |
| CHARLES J. DEHART, III,<br>STANDING CHAPTER 13 TRUSTEE,<br>  Movant | :<br>:<br>: |
| vs. | : |
| OSCAR L. STEPHENSON and<br>DAWN O. STEPHENSON,<br>  Debtors | :<br>:<br>: |

ORDER GRANTING TRUSTEE'S MOTION TO DISMISS AND DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss,

It is hereby ordered that the above-captioned bankruptcy is dismissed.

Date:  June 24, 2008

_____
Robert N. Opel, II, Bankruptcy Judge
(MM)

*This document is electronically signed and filed on the same date.*